No. 154. ATLANTIC MEAT CO., INC. *v.* RECONSTRUCTION FINANCE CORP. October 14, 1946. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Lawrence*

*Black* for petitioner. *Solicitor General McGrath, Robert L. Stern* and *John D. Goodloe* for respondent.